```
 1 │ STEPHANIE M. HINDS (CABN 154284)
   │ Acting United States Attorney
 2 │
   │ TOM COLTHURST (CABN 99493)
 3 │ Chief, Criminal Division
   │
 4 │ THOMAS R. GREEN (CABN 203480)
   │ Assistant United States Attorneys
 5 │
   │    1301 Clay Street, Suite 340S
 6 │    Oakland, CA 94612
   │    Telephone: (510) 637-3695
 7 │    Fax: (510) 637-3724
   │    E-Mail: Thomas.Green@usdoj.gov
 8 │
 9 │ Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 21-CR-00484 JST |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO EXCLUDE<br>) TIME UNDER THE SPEEDY TRIAL ACT |
| ANTHONY O'NEAL,<br>    a/k/a ANTHONY EUGENE ONEAL | ) |
| Defendant. | ) |

On December 22, 2021, defendant Anthony O'Neal (defendant or O'Neal) appeared before the Magistrate Court. Following a detention hearing the defendant was released with conditions and this matter was set for an initial appearance in the district court on January 28, 2022. At the December 22, 2021 appearance the Court ordered that time would be excluded until the initial district court appearance, for continuity of counsel and defense preparation based on the reasons stated on the record, and requested the government submit a stipulation and proposed order documenting the exclusion of time. The parties now submit this stipulation and proposed order seeking to exclude time under the Speedy Trial Act until the January 28, 2022 appearance. The parties agreed to the exclusion of time under the Speedy Trial Act to allow continuity of counsel in light of defense counsel's partial

unavailability during the intervening weeks and effective preparation of defense counsel, including to review the evidence with the defendant and discuss the evidence as it relates to defendant's decision to contest the charges, proceed by change of plea, or proceed in some other fashion. The government has produced initial discovery in this action and will be producing additional discovery, and the defense will need time to review that discovery. For these reasons, the parties agree that time is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). Time was previously excluded from defendant's initial appearance on December 20, 2021 until December 22, 2021, based on the government's motion to detain defendant, pursuant to 18 U.S.C. § 3161(h)(1)(D).

      The parties agree that the time period of December 22, 2021, to January 28, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), because: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      IT IS SO STIPULATED.

Dated: December 23, 2021

                          STEPHANIE M. HINDS
                          Acting United States Attorney

                          */s/ Thomas R. Green*
                          THOMAS R. GREEN
                          Assistant United States Attorney

Dated: December 23, 2021            */s/ Angela Hansen*
                          ANGELA HANSEN
                          Attorney for Defendant Anthony O'Neal

**ORDER**

Based on the reasons provided in the stipulation of the parties above and in Court at the December 22, 2021 appearance, the Court hereby FINDS that time should be excluded under the Speedy Trial Act for effective preparation of the case by defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The Court further finds that the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for continuity of counsel and effective preparation, taking into account the exercise of due diligence.  Based on these findings, IT IS HEREBY ORDERED THAT time is excluded from December 22, 2021 through January 28, 2022, when the parties are scheduled to appear before the District Court.

IT SO ORDERED.

December 27, 2021
DATE

IT IS SO ORDERED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE