STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    thomas.green@usdoj.gov

Attorneys for United States of America

**FILED**

Aug 04 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00484 JST |
|     Plaintiff, | NOTICE OF DISMISSAL |
|     v. | |
| ANTHONY O'NEAL, | |
|     Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Anthony O'Neal.

DATED: August 1, 2022

                                            Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                            *Thomas A. Colthurst*

                                            THOMAS A. COLTHURST
                                            Chief, Criminal Division

1 | Leave is granted to the government to dismiss the information against Anthony O'Neal.

Date: August 4, 2022

*[signature]*

HON. JON S. TIGAR
United States District Judge